UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

**Joshua Laughlin**
**Greg Scotto Jr.**
**Jeffrey Dobrecevich**
**Andy Kruger**
**Samual Youngblood**

    **Plaintiffs**

    v.                                Case No. **16-CV-1342**

**Jim Fischer Inc.**

    **Defendant.**

## STIPULATION OF DISMISSAL

The parties, by their attorneys, hereby stipulate pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure to the dismissal of the above action with prejudice, and with each party bearing its own attorneys' fees and costs other than as provided by their settlement agreement. The dismissal with prejudice for Dobrecevich, Kruger, and Youngblood are limited to claims for travel pay, shop pay, and non-prevailing wage overtime pay; and does not extend to other claims that could have been but were not brought in this action.

Dated this 16th day of August, 2019.

                                          /s/Yingtao Ho
                                          Yingtao Ho (SBN 1045418)
                                          THE PREVIANT LAW FIRM, S.C.
                                          Attorney for Plaintiffs
                                          310 West Wisconsin Avenue, Suite 100MW
                                          Milwaukee, WI   53203
                                          414-271-4500 (Telephone)
                                          414-271-6308 (Fax)

/s/Trace P. Hummel
Christopher P. Riordan (SBN 1018825)
Jacob M. Bibis (SBN 1080988)
Trace P. Hummel (SBN 1100758)
von Briesen & Roper, s.c.
Attorneys for Defendant, Jim Fischer, Inc.
411 East Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
(414) 276-1122 – Phone
(414) 276-6281 – Fax